JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

| | |
|---|---|
| IN RE:<br>**MICHAEL DEVITO** | UNITED STATES BANKRUPTCY COURT<br>CHAPTER 13<br>CASE NO.: 24-11633-CMG |
| DEBTORS | **RESPONSE TO CREDITOR'S OBJECTION**<br>HEARING DATE: July 3, 2024 AT 9:00 AM |

I, James J Cerbone, by way of certification, hereby state:

1. I am an attorney at law licensed to practice law before this Court and am authorized to make this certification.

2. The debtor filed a Chapter 7 in 2018 & State of Workers' Compensation through their attorney filed a judgment against the debtor post-petition in 2019. And therefore, the judgment should be expunged. This is a violation of the automatic stay.

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED:                    / s / James J. Cerbone, Esquire
                          JAMES J. CERBONE, ESQUIRE