Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  24−11633−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael DeVito
   185 Tennis Court
   Wall, NJ 07719

Social Security No.:
   xxx−xx−1389

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 12, 2024.

Dated: August 12, 2024
JAN: rms

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael DeVito  
    Debtor

Case No. 24-11633-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Aug 12, 2024      Form ID: plncf13      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael DeVito, 185 Tennis Court, Wall, NJ 07719-9441 |
| 520168978 | + | Allaire Country Club Estate Condo Assoc, Attn: Hill Wallack, 21 Roszel Road, Princeton, NJ 08540-6669 |
| 520168979 | #+ | Atlantic Neurosurgical Specialists, 310 Madison Avenue, Suite 300, Morristown, NJ 07960-6967 |
| 520168983 | + | FB&T Mercury, Attn: Bankrutpcy, PO Box 84064, Columbus, GA 31908-4064 |
| 520168988 | + | Powers Kirn, 728 Marne Highway Suite 200, Moorestown, NJ 08057-3128 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 12 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 12 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520204072 | | Email/Text: bnc@atlasacq.com | Aug 12 2024 20:45:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 520168977 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 12 2024 21:12:02 | Affirm, 633 Folsom St, FL 7, San Francisco, CA 94107-3618 |
| 520184447 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2024 21:01:15 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520201017 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 12 2024 21:00:58 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520168980 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2024 21:01:23 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520192317 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 12 2024 21:00:40 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520168981 | | Email/Text: BNSFN@capitalsvcs.com | Aug 12 2024 20:45:00 | CCS/First National bank, 500 E 60th Street North, Sioux Falls, SD 57104 |
| 520240557 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 12 2024 20:47:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520168982 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 12 2024 21:12:22 | Chase Home Mortgage, PO Box 78420, Phoenix, AZ 85062-8420 |
| 520236369 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2024 21:01:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520217236 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 12 2024 21:01:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

Case 24-11633-CMG    Doc 29    Filed 08/14/24    Entered 08/15/24 00:16:20    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: plncf13 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520168985 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 12 2024 21:01:27 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520168986 | + | Email/Text: netcreditbnc@enova.com | Aug 12 2024 20:47:14 | Net Credit, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 520168987 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 12 2024 21:00:44 | Ollo Card Services, PO Box 660371, Dallas, TX 75266-0371 |
| 520235539 | | Email/Text: bnc-quantum@quantum3group.com | Aug 12 2024 20:46:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 520168989 | + | Email/Text: bankruptcy@savit.com | Aug 12 2024 20:47:00 | SAVIT, 46 W Ferris Street, East Brunswick, NJ 08816-2159 |
| 520192418 | + | Email/Text: signed.order@pfwattorneys.com | Aug 12 2024 20:45:00 | STATE OF NEW JERSEY, WORKERS' COMPENSATION, C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 520168990 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 12 2024 20:47:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520168991 | | Email/Text: bknotice@upgrade.com | Aug 12 2024 20:45:00 | Upgrade Inc, Attn: Bankruptcy, 275 Battery Street 23rd Floord, San Francisco, CA 94111 |
| 520168984 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 12 2024 20:45:00 | kohls/capone, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | State of New Jersey, Workers' Compensation, c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Aug 12, 2024 Form ID: plncf13 Total Noticed: 27

Donald Victor Valenzano, Jr.
    on behalf of Creditor State of New Jersey Workers' Compensation dvalenzano@pfwattorneys.com, eperritt@pfwattorneys.com

James J. Cerbone
    on behalf of Debtor Michael DeVito cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5