<table>
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
</table>

**Caption In Compliance With D.N.J. LR 9004(2)(c)**

In Re

MICHAEL DEVITO

                                    Debtor.

Chapter 13

Case No. 24-11633-CMG

_____

### NOTICE OF APPEARANCE AND
### DEMAND FOR NOTICE AND PAPERS

_____


**PLEASE TAKE NOTICE** that Allaire Country Club Estates Condominium Association,

Inc.  (the "*Association*"), appears in the above-captioned case by its counsel, Becker New York,

P.C.; such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and

Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and

9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that

copies of all notices and pleadings given or filed in this case be given and served upon the

following person at the address, telephone and facsimile numbers indicated:

> Jonathan H. Katz, Esq.
> **BECKER NEW YORK, P.C.**
> 1776 on the Green
> 67 East Park Place, Suite 800
> Morristown, New Jersey 07960
> Telephone:  (862)842-9928
> Email:  (JKatz@Beckerlawyers.com)

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy

Code, the foregoing demand includes not only the notices and papers referred to in the Rules

25577449v.1 A31084/416128

specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that the Association does not intend that this Notice of Appearance and Demand for Notices and Papers or any later appearance or pleading be deemed or construed to be a waiver of its right (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) to any other rights, claims actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Association expressly reserves.

Dated: 10/01/2024                                    **Becker New York, P.C.**

                                                     /s/   Jonathan H. Katz
                                                     Jonathan H. Katz
                                                     1776 on the Green
                                                     67 East Park Place, Suite 800
                                                     Morristown, New Jersey 07960
                                                     Telephone:  (862)842-9928

                                                     Attorneys for Allaire Country Club Estates
                                                     Condominium Association, Inc.

## <u>CERTIFICATE OF SERVICE</u>

Jonathan H. Katz hereby certifies that on the 1ST day of October 2024, I caused a true and correct copy of this Notice of Appearance to be electronically filed with the court via CM/ECF and thereby served upon all registered users and parties requesting notice of papers.


Dated: <u>10/01/2024</u>                    <u>/s/ Jonathan H. Katz</u>
                                                     Jonathan H. Katz

25577449v.1 A31084/416128