Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−11633−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael DeVito
  185 Tennis Court
  Wall, NJ 07719

Social Security No.:
  xxx−xx−1389

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/4/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: December 4, 2024
JAN: mjb

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-11633-CMG
Michael DeVito  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Dec 04, 2024 | Form ID: 148 | Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael DeVito, 185 Tennis Court, Wall, NJ 07719-9441 |
| cr | + | Allaire Country Club Estates Condominium Associati, Becker New York, P.C., 1776 on the Green, 67 East Park Place, Suite 800, Morristown, NJ 07960-7125 |
| 520168978 | + | Allaire Country Club Estate Condo Assoc, Attn: Hill Wallack, 21 Roszel Road, Princeton, NJ 08540-6669 |
| 520168983 | + | FB&T Mercury, Attn: Bankrutpcy, PO Box 84064, Columbus, GA 31908-4064 |
| 520168988 | + | Powers Kirn, 728 Marne Highway Suite 200, Moorestown, NJ 08057-3128 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 04 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520204072 | | EDI: ATLASACQU | Dec 05 2024 01:36:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 520168977 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 04 2024 21:09:42 | Affirm, 633 Folsom St, FL 7, San Francisco, CA 94107-3618 |
| 520184447 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2024 20:58:11 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520201017 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 04 2024 20:58:04 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520168980 | + | EDI: CAPITALONE.COM | Dec 05 2024 01:36:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520192317 | + | EDI: AIS.COM | Dec 05 2024 01:36:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520168981 | | Email/Text: BNSFN@capitalsvcs.com | Dec 04 2024 20:52:00 | CCS/First National bank, 500 E 60th Street North, Sioux Falls, SD 57104 |
| 520240557 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 04 2024 20:54:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520168982 | | EDI: JPMORGANCHASE | Dec 05 2024 01:36:00 | Chase Home Mortgage, PO Box 78420, Phoenix, AZ 85062-8420 |
| 520236369 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2024 20:59:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520217236 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 04 2024 20:58:33 | MERRICK BANK, Resurgent Capital Services, |

Case 24-11633-CMG   Doc 38   Filed 12/06/24   Entered 12/07/24 00:18:05   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2024 | Form ID: 148 | Total Noticed: 29 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10368, Greenville, SC 29603-0368 |
| 520168985 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 04 2024 20:59:14 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520168986 | + | Email/Text: netcreditbnc@enova.com | Dec 04 2024 20:54:08 | Net Credit, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 520168987 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 04 2024 21:09:28 | Ollo Card Services, PO Box 660371, Dallas, TX 75266-0371 |
| 520235539 | | EDI: Q3G.COM | Dec 05 2024 01:36:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 520421987 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2024 20:58:11 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520421986 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2024 20:57:28 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520168989 | + | Email/Text: bankruptcy@savit.com | Dec 04 2024 20:54:00 | SAVIT, 46 W Ferris Street, East Brunswick, NJ 08816-2159 |
| 520192418 | + | Email/Text: signed.order@pfwattorneys.com | Dec 04 2024 20:52:00 | STATE OF NEW JERSEY, WORKERS' COMPENSATION, C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 520168990 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 04 2024 20:54:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520168991 | | Email/Text: bknotice@upgrade.com | Dec 04 2024 20:52:00 | Upgrade Inc, Attn: Bankruptcy, 275 Battery Street 23rd Floord, San Francisco, CA 94111 |
| 520168984 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 04 2024 20:52:00 | kohls/capone, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | State of New Jersey, Workers' Compensation, c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520168979 | ##+ | Atlantic Neurosurgical Specialists, 310 Madison Avenue, Suite 300, Morristown, NJ 07960-6967 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

Case 24-11633-CMG    Doc 38    Filed 12/06/24    Entered 12/07/24 00:18:05    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2024 | Form ID: 148 | Total Noticed: 29 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald Victor Valenzano, Jr. | on behalf of Creditor State of New Jersey Workers' Compensation dvalenzano@pfwattorneys.com, eperritt@pfwattorneys.com |
| James J. Cerbone | on behalf of Debtor Michael DeVito jamescerboneesq@gmail.com cerbonejr83307@notify.bestcase.com |
| Jonathan H. Katz | on behalf of Creditor Allaire Country Club Estates Condominium Association Inc. jkatz@beckerlawyers.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7